**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

DEXAS INTERNATIONAL, LTD.,          §
                                    §
          Plaintiff,                §
                                    §
v.                                  §
                                    §
TUNG YUNG INTERNATIONAL             §
(USA), INC., TUNG YUNG              §          Civil Action No. 3:11-cv-00376-M
INTERNATIONAL, LTD., *and* TUNG     §
YUNG STATIONARY                     §
MANUFACTORY LTD.,                   §
                                    §
          Defendants.               §
                                    §
                                    §

<u>ORDER</u>

Before the Court is the Renewed Motion for Judgment and Motion for Partial New Trial [Docket Entry #124], filed by Plaintiff.   Defendants are directed to file a response comprising no more than ten (10) pages (excluding the table of contents and list of authorities) on or before February 15, 2013.

**SO ORDERED.**

Dated: January 25, 2013.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**