IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

### ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:11-CV-00376-M
2. Style of case: Dexas International Ltd. V. Tung Yung International (USA) Inc., et al.
3. Nature of suit: trademark infringement
4. Method of ADR used:   ⊗ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: April 10, 2013
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.         ☐ Settled, in part, as a result of ADR.

    ⊗ Settled as a result of ADR.              ☐ Parties were unable to reach settlement.

    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $4,500.00
8. Duration of ADR: one day
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Herbert J. Hammond, Provider (Provider)       Elizann Carroll, counsel for Plaintiff

    Mark Richmond, in-house counsel for Plaintiff   Ellis Shamoon, founder and owner for Plaintiff

    John Dagg, CFO, for Plaintiff                  Daniel Mount, counsel for Defendants

    On Lu, counsel for Defendants                  Michael Couture, corporate rep for Defendants

    *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____          4-12-13
    Signature                               Date

    Thompson & Knight LLP
    1722 Routh Street, Suite 1500
    Dallas, Texas 75201
    (214) 969-1700

## **Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: Elizann Carroll | Name: Daniel Stephen Mount |
| Richard Law Group, Inc. | Mount Spelman & Fingerman PC |
| 8411 Preston Road, Suite 890 | 333 W. San Carlos Street, Suite 1650 |
| Dallas, Texas 75225 | San Jose, California 95110 |
| (214) 206-4310 | (408) 279-7000 |
| Name: On Lu | Name: Mark Richmond |
| Mount Spelman & Fingerman PC | In-House Counsel for Dexas International Ltd. |
| 333 W. San Carlos Street, Suite 1650 | 585 S. Royal Lane |
| San Jose, California 95110 | Coppell, Texas 75019 |
| (408) 279-7000 | (469) 635-8100 |