## 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔠𝔬𝔲𝔯𝔱

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

April 17, 2013

Elizann Carroll, Esq.
Molly B. Richard, Esq.
Richard Law Group, Inc.
8411 Preston Rd., Suite 890
Dallas, TX 75225

Danie S. Mount, Esq.
Kathryn G. Spelman, Esq.
On Lu, Esq.
Mount Spelman & Gingerman PC
333 W. San Carlos St., Suite 1650
San Jose, CA 95110

Jeffrey S. Levinger, Esq.
Levinger PC
1445 Ross Ave., Suite 2500
Dallas, TX 75202

Michelle E. Roberts, Esq.
Roberts Legal Group, Inc.
2012 Farrington St.
Dallas, TX 75207

Re:   *Dexas International LTD v. Tung Yung International (USA)*
      Case No. 3:11-CV-376-M

Dear Counsel:

It has come to the Court's attention that the above-entitled case has settled.  I commend you on your diligent efforts.  I would like to receive the executed dismissal papers by May 1, 2013.

Very truly yours,

*Barbara M.G. Lynn*

BMGL/jlf