**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEXAS INTERNATIONAL, LTD.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:11-CV-00376-M** |
| **TUNG YUNG INTERNATIONAL (USA), INC.;  TUNG YUNG INTERNATIONAL, LTD. and TUNG YUNG STATIONARY MANUFACTORY LTD.,** | § § § § § § | |
| **Defendants.** | § | |

## JOINT MOTION TO DISMISS

Plaintiff Dexas International, Ltd. and Defendants Tung Yung International (USA), Inc, and Tung Yung International, Ltd. (collectively the "Parties") file this Joint Motion to Dismiss and for good cause show as follows:

The Parties have resolved their differences and request that the Court dismiss all claims with prejudice with all fees, expenses, and costs to be borne by the party incurring same.

                                                     Respectfully submitted,

                                                         /s/ Elizann Carroll
                                                   Molly Buck Richard
                                                   molly@richardlawgroup.com
                                                   Texas Bar No. 16842800
                                                   Elizann Carroll
                                                   Elizann@richardlawgroup.com
                                                   Texas Bar No. 00787209
                                                   RICHARD LAW GROUP, INC.
                                                   8411 Preston Road, Suite 890
                                                   Dallas, TX  75225
                                                   (214) 206-4300 (phone)
                                                   (214) 206-4330 (fax)

and

Jeffrey S. Levinger
jlevinger@levingerpc.com
Texas Bar No. 12258300
Levinger PC
1445 Ross Avenue, Suite 2500
Dallas, TX 75202
(214) 855-6817 – Phone
(214) 855-6808 – Fax

*Counsel for Plaintiff*


     /s/ On Lu
Daniel S. Mount, Esq.
Cal. Bar No. 77517
dmount@mount.com
On Lu, Esq.
Cal. Bar No. 242693
onlu@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
(408) 279-7000 (phone)
(408) 998-1473 (fax)

and

Michelle E. Roberts
Texas Bar No. 17014435
Roberts Legal Group, Inc.
2012 Farrington St.
Dallas, TX 75207

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

     I hereby certify that on May 13, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel who are authorized to receive electronically Notices of Electronic Filing.

     /s/   Elizann Carroll