IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEXAS INTERNATIONAL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| TUNG YUNG INTERNATIONAL | § | |
| (USA), INC., TUNG YUNG | § | Civil Action No. 3:11-cv-00376-M |
| INTERNATIONAL, LTD., and TUNG | § | |
| YUNG STATIONARY | § | |
| MANUFACTORY LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss [Docket Entry No. 139]. The Motion is **GRANTED**. All claims in this case are hereby **DISMISSED** with prejudice. Each party is to bear its own costs.

**SO ORDERED.**

Dated: May 15, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS